Nos. 2015-2090

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MICROGRAFX, LLC

*Patent Owner-Appellant,*

v.

GOOGLE INC.,

*Petitioner-Appellee.*

*and*

SAMSUNG ELECTRONICS AMERICA, INC.

*Petitioner-Appellee.*

*and*

SAMSUNG ELECTRONICS CO., LTD.

*Petitioner-Appellee.*

Appeal from the Patent Trial and Appeal Board in *Inter Partes* Review Nos. 2014-00532

**APPELLANT'S CERTIFICATE OF COMPLIANCE WITH FED. CIR. RULE 17(f)**

Pursuant to Fed. Cir. R. 17(f), Appellant Micrografx, LLC has determined that no portion of the record below before the United States Patent and Trademark Office is subject to a protective order. Therefore, no further action is required under Rule 17(f).

Dated: November 17, 2015   Respectfully submitted,

By: /s/ Douglas R. Wilson
Douglas R. Wilson
Heim, Payne & Chorush LLP
9442 Capital of Texas Highway North
Plaza One, Suite 500
Austin, TX 78759
(512) 343-3622

Michael F. Heim
Allan Bullwinkel
Heim, Payne & Chorush LLP
600 Travis Street, Suite 6710
Houston, TX 77002
(713) 221-2000

Attorneys for Patent Owner
Micrografx, LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served via email to lead counsel of record for Petitioners-Appellees as follows:

Michael T. Hawkins
hawkins@fr.com
David Almeling
dalmeling@omm.com
Darin Snyder
dsnyder@omm.com
Mishima Alam
malam@omm.com
Susan Roeder
sroeder@omm.com

Dated: November 17, 2015     By: /s/ Douglas R. Wilson
                                 Douglas R. Wilson
                                 Attorney for Patent Owner
                                 Micrografx, LLC